<table>
<tr><td>JOSEPH A. MASSOOD<br>ANDREW R. BRONSNICK °*<br>_____<br><br>°Certified by the Supreme Court of<br>  New Jersey as a Civil Trial Attorney<br><br>*NJ, NY, DC and MD Bars<br>^ NJ and NY Bars<br>+ NJ, NY, DC and WA Bars</td><td align="center"><b>MASSOOD & BRONSNICK, LLC</b><br><br>COUNSELLORS AT LAW<br><br>50 PACKANACK LAKE ROAD EAST<br>Wayne, New Jersey 07470-6663<br>(973) 696-1900<br>Fax (973) 696-4211<br><br>Email: ABRONSNICK@MASSOODLAW.COM<br><br>Reply to Wayne</td><td>KEVIN J. SAVAGE +<br>BRENDAN H. MORRIS ^<br>ALLISON T. KURTZ<br>DANIELLE L. VERGA ^<br>KIMBERLY A. KOPP<br><br><u>PARALEGALS</u><br>ELIZABETH BABITSCH<br>DARA K. SIERRA<br><br><u>PASSAIC OFFICE</u><br>647 Main Ave, Suite 203<br>Passaic, NJ 07055<br>973-779-4200<br>973-777-7977-f</td></tr>
</table>

June 12, 2013

**Via ECF**
The Honorable Steven C. Mannion, U.S.M.J.
M.L. King Building & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, NJ 07101

      Re:    Dr. Marc Cohen a/s/o Fernanda Ramos v. Horizon Blue Cross Blue Shield
             of New Jersey
             Civil Action No.: 2:12-cv-05506

Dear Judge Mannion:

      Our firm represents the Plaintiff, Dr. Marc Cohen a/s/o Fernanda Ramos, in the above-referenced matter. There is a currently a settlement conference pending before Your Honor on June 21, 2013.

      This letter shall serve as a request for a representative from Dr. Cohen's office be granted allowance to appear via telephone for the settlement conference scheduled June 21, 2013. The representative has a scheduling conflict the day of the conference which would make it difficult to appear in person. For the foregoing reason, we respectfully request that this representative be allowed to appear via telephone.

      It should be noted, that if Your Honor grants this request, counsel for Plaintiff is granted full settlement authority and a representative will be available, should any extraordinary circumstances arise.

      We thank Your Honor for your consideration in this matter and are always available to answer any questions you may have.

                                                    Respectfully,

                                                   ____*s/ Andrew Bronsnick*_____
                                                   ANDREW R. BRONSNICK, ESQ.

cc: Matthew A. Baker, Esq (Via CM/ECF)