# MASSOOD & BRONSNICK, LLC

JOSEPH A. MASSOOD  
ANDREW R. BRONSNICK °*

°Certified by the Supreme Court of  
New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars  
^ NJ and NY Bars  
+ NJ, NY, DC and WA Bars

COUNSELLORS AT LAW

50 PACKANACK LAKE ROAD EAST  
Wayne, New Jersey 07470-6663  
(973) 696-1900  
Fax (973) 696-4211

Email: ABRONSNICK@MASSOODLAW.COM

Reply to Wayne

KEVIN J. SAVAGE +  
BRENDAN H. MORRIS ^  
ALLISON T. KURTZ  
DANIELLE L. VERGA ^  
KIMBERLY A. KOPP

PARALEGALS  
ELIZABETH BABITSCH  
DARA K. SIERRA

PASSAIC OFFICE  
647 Main Ave, Suite 203  
Passaic, NJ 07055  
973-779-4200  
973-777-7977-f

June 12, 2013

**Via ECF**  
The Honorable Steven C. Mannion, U.S.M.J.  
M.L. King Building & U.S. Courthouse  
50 Walnut Street, P.O. Box 999  
Newark, NJ 07101

  Re: Dr. Marc Cohen a/s/o Fernanda Ramos v. Horizon Blue Cross Blue Shield  
    of New Jersey  
    Civil Action No.: 2:12-cv-05506

Dear Judge Mannion:

  Our firm represents the Plaintiff, Dr. Marc Cohen a/s/o Fernanda Ramos, in the above-referenced matter. There is a currently a settlement conference pending before Your Honor on June 21, 2013.

  This letter shall serve as a request for a representative from Dr. Cohen's office be granted allowance to appear via telephone for the settlement conference scheduled June 21, 2013. The representative has a scheduling conflict the day of the conference which would make it difficult to appear in person. For the foregoing reason, we respectfully request that this representative be allowed to appear via telephone.

  It should be noted, that if Your Honor grants this request, counsel for Plaintiff is granted full settlement authority and a representative will be available, should any extraordinary circumstances arise.

  We thank Your Honor for your consideration in this matter and are always available to answer any questions you may have.

           Respectfully,

           *s/ Andrew Bronsnick*  
           ANDREW R. BRONSNICK, ESQ.

cc: Matthew A. Baker, Esq (Via CM/ECF)

*Denied.*

SO ORDERED  
*s/Steven C. Mannion*  
Steven C. Mannion, U.S.M.J.  
Date: 6/14/2013